```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**DARLENE VIDRINE ROQUES**                     CIVIL ACTION No. 07-9845

**VERSUS**

**STATE FARM INSURANCE COMPANY**               SECTION "B"(3)

<u>ORDER</u>

Considering the foregoing motion (Rec. Doc. No. 24),

**IT IS ORDERED** that Plaintiff, Darlene Vidrine Roque's Ex Parte Motion To Expedite Hearing On Motion in Limine be **GRANTED** and that Motion In Limine to Exclude Expert Report and Testimony of Kevin Vanderbrook be set for hearing on September 30, 2009 without oral argument.  Defendant's opposition to the underlying Motion In Limine shall be filed no later than September 22, 2009.

New Orleans, Louisiana, this <u>16th</u> day of <u>September, 2009</u>.

                                    _____
                                    UNITED STATES DISTRICT JUDGE